Form osprtcon

# UNITED STATES BANKRUPTCY COURT
Southern District of Alabama

In Re: Thomas R Walker and Alisa M Iden
Debtor

Case No.: 21−11360
Chapter 13

Thomas R Walker
and
Alisa M Iden

    **Plaintiff(s)**

v.

Adv. Proc. No. 21−01041

Wilmington Savings Fund Society, FSB, not in its individual
capacity but solely as Trustee of BCMB1 Trust

    **Defendant(s)**

Judge: JERRY C. OLDSHUE

## ORDER SETTING SCHEDULING CONFERENCE

Notice is hereby given that a scheduling conference in the above−styled adversary proceeding is set before the undersigned bankruptcy judge on:

**Date:** 2/15/22

**Time:** 10:30 AM

**Location:** Courtroom 2 East, John Archibald Campbell US Courthouse, 113 St. Joseph Street, Mobile, AL 36602−3606

**All parties or their attorneys must attend.**

The parties should have their calendars at hand and be prepared to discuss the matters set out in Fed. R. Civ. P. 16(c)(2), including discovery, trial setting, alternative dispute resolution, and consent to the bankruptcy court's entry of a final order. The parties are excused from preparing a discovery plan under Fed. R. Civ. P.26(f). Unless otherwise ordered, the parties may not seek discovery in this adversary proceeding from any source until after the pretrial conference, and responses to any discovery propounded before then are not due until 30 days after the pretrial conference.

Dated: 11/23/21

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE