**UNITED STATES BANKRUPTCY COURT**
Southern District of Alabama

**In Re:** Thomas R Walker and Alisa M Iden     **Case No.** 21–11360 –JCO –13
   **Debtor(s)**

Thomas R Walker
and
Alisa M Iden

   **Plaintiff(s)**

**v.**     **Adv. Proc. No.** 21–01041

Wilmington Savings Fund Society, FSB, not in its individual
capacity but solely as Trustee of BCMB1 Trust

   **Defendant(s)**

### SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Address of Clerk:**
United States Bankruptcy Court, 113 St. Joseph Street, Mobile, AL 36602

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney:**
Frances Hoit Hollinger – PO Box 2028 Mobile AL 36652

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

**Date:** February 15, 2022     **Time:** 10:30 a.m.

**Address:** Judge Oldshue's Courtroom 2 East, 113 St. Joseph Street, Mobile, AL 36602

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT**.



*Andrea D. Redmon*
**ANDREA REDMON**
**CLERK, U.S. BANKRUPTCY COURT**

BY ANGIE JEMISON
DEPUTY CLERK

Date of Issuance: 11/23/21

## CERTIFICATE OF SERVICE

I, _____, certify that service of this summons and a copy of the complaint was made on _____ by:

☐ Mail Service: Regular, First Class United States Mail, postage fully pre–paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____   _____
Date                                Signature

| Print Name | | |
| --- | --- | --- |
| Business Address | | |
| City | State | Zip |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

## IMPORTANT NOTICE

Because of the COVID−19 pandemic, the U.S. Bankruptcy Court for the Southern District of Alabama is conducting all hearings through January 14, 2022, by telephone. However, the court plans to start having in−court dockets and hearings beginning the week of January 18, 2022. This decision is subject to change if there is another COVID−19 resurgence. Pursuant to the order of Chief U.S. District Judge, all persons entering the courthouse must wear a mask. 341 meetings of creditors will remain telephonic for the time being.

Prior to your scheduled hearing, please contact your lawyer or review the instructions on the court's website at www.alsb.uscourts.gov to find out if the court is conducting your hearing in person. If applicable, the website will also have the telephone number to call for a telephonic hearing. If you have any questions, call the clerk's office at (251) 441−5391.